UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------

In re:                                         Bky. No. 16-41999
                                               Chapter 11 Case

Tooling Science, Inc.                 **NOTICE OF INTENTION TO SEEK**
                                               **EXPEDITED HEARINGS**
                          Debtor.

------------------------------------

      The debtor in the above Chapter 11 case give notice that in intends to seek expedited hearings on the following matter (check all that apply):

☐ JOINT MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED BANKRUPTCY CASES

☐ MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CERTAIN LISTS REQUIRED BY BANKRUPTCY RULE 1007(c)

☐ MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT SYSTEMS

☐ MOTION TO PAY PRE-PETITION WAGES, SALARIES, AND RELATED BENEFITS

☒ MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

☒ MOTION FOR APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

☐ MOTION, PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

☐ MOTION FOR ORDER ESTABLISHING NOTICE AND ADMINISTRATIVE PROCEDURES

☐ MOTION FOR ORDER AUTHORIZING THE RETENTION OF PROFESSIONALS

☐ MOTION FOR ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION CUSTOMER CLAIMS IN THE ORDINARY COURSE OF BUSINESS (E.G., GIFT CERTIFICATES, LAYAWAY CLAIMS, WARRANTY CLAIMS, REFUND POLICIES)

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF SALE SAND USE TAXES

- [ ] MOTION FOR ORDER AUTHORIZING DEBTORS TO RETURN GOODS PURSUANT TO SECTION 546(g) OF THE BANKRUPTCY CODE

- [ ] MOTION FOR ORDER AUTHORIZING POSTPETITION DELIVERY OF GOODS ORDERED BY CUSTOMERS PREPETITION

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF CUSTOMS DUTIES

- [ ] MOTION FOR ORDER AUTHORIZING PAYMENT OF CONTRACTORS IN SATISFACTION OF LIENS

- [ ] MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION CLAIMS OR SHIPPERS, FREIGHT HANDLERS AND WAREHOUSERS

- [ ] MOTION FOR ORDER PERMITTING DEBTORS TO HONOR WORKERS' COMPENSATION PROGRAMS AND PAY INSURANCE OBLIGATIONS

- [ ] MOTION FOR ORDER APPROVING THE ESTABLISHMENT OF RECLAMATION PROCEDURES

- [ ] MOTION FOR ORDER REJECTING LEASES

- [ ] OTHERS (list):

Dated: July 1, 2016         */e/ Thomas J. Flynn*
                                  Thomas J. Flynn (30570)
                                  Richard J. Reding (389945)
                                  Larkin Hoffman Daly & Lindgren Ltd.
                                  8300 Norman Center Drive
                                  Suite 1000
                                  Minneapolis, Minnesota  55437-1060
                                  (952) 835-3800
                                  tflynn@larkinhoffman.com
                                  jreding@larkinhoffman.com

                                  Attorneys for Debtor
                                  Tooling Science, Inc.